No. 96–8517. RAHMAN v. PHILLIP ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–8523. SHARP v. RAY. C. A. 6th Cir. Certiorari denied.

No. 96–8524. RODRIGUEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–8530. NOE v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 96–8534. SIDLES v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 96–8535. SIDDIQUI v. NEW YORK. C. A. 3d Cir. Certiorari denied.

No. 96–8536. BUELL v. GELMAN. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 96–8543. COLLYER v. DARLING ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–8544. BOLIEK v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–8551. LOWE v. ZIMMERMAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–8561. CLEMY P. ET AL. v. MONTGOMERY COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. Md. Certiorari denied.

No. 96–8562. RUTHRUFF v. JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–8563. RIDGEWAY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–8566. WATTS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.